Dismiss and Opinion Filed December 7 , 2012



In The

# Court of Appeals
## Fifth District of Texas at Dallas

No. 05-12-01540-CR
No. 05-12-01541-CR
No. 05-12-01542-CR

## CHARLES LARRY HUNNICUTT, Appellant

### V.

## THE STATE OF TEXAS, Appellee

On Appeal from the 283rd Judicial District Court
Dallas County, Texas
Trial Court Cause Nos. F-09-61782-T, F09-61783-T, F09-61784-T

## MEMORANDUM OPINION

Before Chief Justice Wright and Justices Bridges and Myers
Opinion by Chief Justice Wright

Charles Larry Hunnicutt was convicted of three aggravated sexual assault of a child offenses. In each case, punishment was assessed at twenty years' imprisonment and was imposed in open court on September 7, 2010. On September 5, 2012, appellant filed a motion to obtain free copies of the records of the cases, which the trial court denied by written order on October 10, 2012. Appellant has appealed the trial court's order denying his motion to obtain free copies of the records.

Appellate courts have jurisdiction over appeals by criminal defendants only upon conviction or from certain statutorily designated appealable orders. *See Wright v. State*, 969 S.W.2d 558, 589–90 (Tex. App.—1998, no pet.). An order denying a motion for a free copy of the record is not an appealable order.

We dismiss the appeals for want of jurisdiction.

CAROLYN WRIGHT
CHIEF JUSTICE

Do Not Publish
TEX. R. APP. P. 47

121540F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

CHARLES LARRY HUNNICUTT,
Appellant

No. 05-12-01540-CR     V.

THE STATE OF TEXAS, Appellee

Appeal from the 283rd Judicial District
Court of Dallas County, Texas (Trial Court
No. F-09-61782-T).
Opinion delivered by Chief Justice Wright,
Justices Bridges and Myers participating.

Based on the Court's opinion of this date, we **DISMISS** the appeal for want of jurisdiction.

Judgment entered    December 7, 2012      .

_____
CAROLYN WRIGHT
CHIEF JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

CHARLES LARRY HUNNICUTT, Appellant

No. 05-12-01541-CR　　V.

THE STATE OF TEXAS, Appellee

Appeal from the 283rd Judicial District Court of Dallas County, Texas (Trial Court No. F-09-61783-T).
Opinion delivered by Chief Justice Wright, Justices Bridges and Myers participating.

Based on the Court's opinion of this date, we **DISMISS** the appeal for want of jurisdiction.

Judgment entered __December 7, 2012__.

_____
CAROLYN WRIGHT
CHIEF JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

CHARLES LARRY HUNNICUTT,
Appellant

No. 05-12-01542-CR     V.

THE STATE OF TEXAS, Appellee

Appeal from the 283rd Judicial District
Court of Dallas County, Texas (Trial Court
No. F-09-61784-T).
Opinion delivered by Chief Justice Wright,
Justices Bridges and Myers participating.

Based on the Court's opinion of this date, we **DISMISS** the appeal for want of jurisdiction.

Judgment entered    December 7, 2012   .

_____
CAROLYN WRIGHT
CHIEF JUSTICE